**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| LATOYA TANGILL BARKSDALE, | * | |
| | * | CIVIL ACTION FILE NO.: |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MCSHEER TRUCKIN, LLC, | * | JURY TRIAL DEMAND |
| and FRANK PATTEE, | * | |
| | * | |
| Defendant. | | |

---

**COMPLAINT FOR TORT DAMAGES**

---

COMES NOW, Latoya Tangill Barksdale ("Plaintiff"), Plaintiff in the above-styled Civil Action, and files her Complaint for tort and related matters against the Defendants, McSheer Truckin, LLC ("Defendant McSheer") and Frank Pattee ("Defendant Pattee"), and for cause shows the following:

**<u>PARTIES AND JURISDICTION</u>**

1.

The Plaintiff is a citizen and resident of the State of Georgia and resides at

2625 Charlestown Drive Atlanta, GA 30337 in Fulton County. Plaintiff is subject

to the jurisdiction and venue of this court pursuant to 28 U.S.C. §1332.

2.

The incident from which this action arises occurred on or about October 27,

2020 at 138 and the intersection of I-85in Union City, Fulton County, Georgia.

3.

Defendant McSheer Truckin, LLC is a foreign limited liability corporation

which is a citizen of the State of Arkansas, and may be served through its registered

agent Jan Shearer-Hill 2470 Little Rock Road, Rose Bud, AR 72137.

4.

Defendant Frank Pattee is a resident of Chambers County Arkansas, and

may be served at his residence at 35 Petes Place, Quitman, AR 72131.

5.

There exists complete diversity amongst the parties and the amount in

controversy exceeds $75,000 exclusive of interest and costs.

6.

Defendants are subject to the jurisdiction and venue of this Court pursuant to 28 U.S.C. §1332.

## STATEMENT OF FACTS

7.

Plaintiff hereby repleads and reincorporates her allegations contained in Paragraphs 1 through 6 above as if alleged herein.

8.

By virtue of the facts hereinafter alleged, Defendants have injured and damaged Plaintiff in amounts to be proven by Plaintiff and determined by this Court.

9.

On or about October 27, 2020 Plaintiff was a restrained driver heading east on State Road 138 approaching the ramp onto I-85 South In Union City, Fulton County, Georgia.

10.

At the same time, Defendant Pattee was driving in the far left turning lane to get onto I-85 South Ramp.

11.

Defendant Pattee failed to observe traffic and made an improper left-hand turn causing the Plaintiff and the Defendants to collide.

12.

As a result of Defendant's inattention, the Defendant caused a collision on the roadway between him and the Plaintiff.

13.

As a result of the subject collision, Plaintiff suffered damages, including bodily injuries.

14.

To date, Plaintiff has incurred at least $354,521.19 in medical expenses for the treatment of injuries suffered as a direct result of the subject collision, and such other amounts to be proven at hearing or trial before this Court.

15.

To date, Plaintiff has suffered damages in the form of mileage to seek treatment for injuries suffered due to the subject collision in amounts to be proven at hearing or trial before this Court.

16.

To date, Plaintiff has suffered damages in the form of pain and suffering in such amounts as to be proven at hearing or trial before this Court but no less than $354,521.19.

17.

To date, Plaintiff has suffered property damage in such amounts as to be proven at hearing or trial before this Court.

## COUNT I – NEGLIGENCE

18.

Plaintiff hereby repleads and reincorporates his allegations contained in Paragraphs 1 through 17 above as if alleged herein.

19.

On the date and time of the subject collision, Defendant owed Plaintiff a duty of care to operate his vehicle safely while driving on public or private roadways.

20.

Defendant breached that duty of care that he owed to Plaintiff.

21.

Defendant breached his duty of care in the following ways:

    a.  In failing to keep a proper lookout in the direction he was traveling;

b.  In failing to maintain his lane;

c.  In failing to have the vehicle he was operating under control at the time and place in question;

d.  In failing to maintain a safe distance from other vehicles on the roadway;

e.  In being inattentive;

f.  In respecting the right of way; and

g.  In failing to maintain a proper distance from other vehicles on the roadway.

22.

These breaches of the duty of care owed to Plaintiff constitute actionable negligence.

23.

The sole proximate cause of the injuries and damages at issue suffered by Plaintiff is Defendant's negligent operation of his motor vehicle in the subject collision.

## COUNT II – NEGLIGENCE PER SE

24.

Plaintiff hereby repleads and reincorporates his allegations contained in Paragraphs 1 through 23 above as if alleged herein.

25.

Defendant was per se negligent when he failed to obey O.C.G.A. § 40-6-71 Right of Way – Vehicle Turning Left; O.C.G.A. § 40-6-180 Basic rules of the roadway; O.C.G.A. § 40-6-241 Failure to exercise due car; and O.C.G.A. § 40-6-20 Failure to obey a traffic control device.

## COUNT III – VICARIOUS LIABILITY (RESPONDEAT SUPERIOR) OF DEFENDANT MCSHEER TRUCKIN LLC

26.

Plaintiff hereby repleads and reincorporates her allegations contained in Paragraphs 1 through 25 above as if alleged herein.

27.

At all times relevant herein, Defendant Frank Pattee was employed by Defendant McSheer Truckin LLC, and Defendant Pattee was acting under the direction and control of Defendant McSheer following their rules and regulations for driving.

28.

The aforementioned acts described herein by Defendant Pattee were committed within the course and scope of his employment with Defendant McSheer.

29.

Defendant Pattee breached his duty to the Plaintiff as an agent and employee of Defendant McSheer. Thus, Defendant McSheer is responsible and liable for Defendant Pattee's actions and the consequences thereof, pursuant to the doctrine of *respondeat superior.*

30.

Each of the forgoing acts and omissions constitute an independent act of negligence on the part of the Defendants and one or more or all of said herein above acts were the proximate causes of the injuries and damages sustained by the Plaintiff.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff, respectfully demands that judgment be entered in his favor against the Defendants and that Plaintiff receive an award of damages in a fair and reasonable amount to include all damages recoverable at law including:

a.  Provide a trial by jury;

b.  That process be issued and that service be had on the Defendants;

c. Find the Defendants were negligent and negligent *per se*, that the Defendant's actions were the proximate cause of Plaintiff's damages;

d. Award Plaintiff damages including cost of medical treatment of injuries, mileage, property damage, and pain and suffering incurred by Plaintiff in an amount to be proven before this Court at a hearing or trial as a result of Defendant's negligence and negligence *per se,* individually and pursuant to *respondeat superior* accordingly*; and*

e. Award any other relief as the Court may deem just and proper in the circumstances.

Respectfully submitted this 21ˢᵗ day of October, 2022.

DURHAM LAW GROUP, P.C.

/s/ Dantel D. Ruiz
Bryce V. Durham, Esq.
Georgia Bar No. 101054
Anthony R. Jones, II, Esq.
Georgia Bar No. 562715
Dantel D. Ruiz, Esq.
Georgia Bar No. 605576
Attorneys for Plaintiff

191 Peachtree Street, NE
Suite 805
Atlanta, GA 30303
druiz@durhamlawgrouppc.com
ajones@durhamlawgrouppc.com

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| LATOYA TANGILL BARKSDALE, | * | |
| | * | CIVIL ACTION FILE NO.: |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| MCSHEER TRUCKIN, LLC, | * | JURY TRIAL DEMAND |
| and FRANK PATTEE, | * | |
| | * | |
| Defendant. | | |

**CERTIFICATE OF COMPLIANCE**

The foregoing COMPLAINT FOR TORT DAMAGES is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

DURHAM LAW GROUP, P.C.

/s/ Dantel D. Ruiz
Bryce V. Durham, Esq.
Georgia Bar No. 101054
Anthony R. Jones, II, Esq.
Georgia Bar No. 562715
Dantel D. Ruiz, Esq.
Georgia Bar No. 605576
Attorneys for Plaintiff

191 Peachtree Street, NE
Suite 805
Atlanta, GA 30303
druiz@durhamlawgrouppc.com
ajones@durhamlawgrouppc.com